IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:11-cv-3753-TCB |
| JAY JAY CAR INVESTMENTS, | ) |
| KENNY PATEL, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

The complaint in this action was filed on November 1, 2011 [1]. This case was transferred to the undersigned on April 14, 2011 [13]. It appears that neither Defendant has been served.

Plaintiff is hereby ORDERED TO SHOW CAUSE in writing on or before March 29, 2012, why this case should not be dismissed without prejudice for failure to effectuate service of process pursuant to LR 41.2B and Federal Rule of Civil Procedure 4.

IT IS SO ORDERED this 13th day of March, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge